SECRET

1:24-cr-00140-SDN-01

2024 DEC 11 P 3:52

**Synopsis – Indictment**

| | |
|---|---|
| **Name:** | YUONTONG LIANG a/k/a TONY LIANG |
| **Address:**<br>**(City & State Only)** | Staten Island, NY |
| **Year of Birth and Age:** | 1988 (36) |
| **Violations:** | Count 1: Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 1344, 1349 (Class B Felony)<br><br>Counts 2, 4 & 6-8: Making a False Statement and Report, in violation of 18 U.S.C. § 1014 (Class B Felony)<br><br>Counts 3 & 9: Bank Fraud, in violation of 18 U.S.C. § 1344 (Class B Felony)<br><br>Count 10: Money Laundering Promotion, in violation of 18 U.S.C. § 1956(a)(1)(A)(1) (Class C Felony)<br><br>Counts 11-13: Maintaining Drug-Involved Premises, in violation of 21 U.S.C. § 856(a) (Class C Felony)<br><br>Count 15: False Document Concerning Federal Law Enforcement Investigation, in violation of 18 U.S.C. § 1001(a)(3) (Class D Felony) |
| **Penalties:** | Counts 1, 3 & 9: Imprisonment of not more than 30 years, a fine not to exceed $1,000,000, or both. 18 U.S.C. § 1344.<br><br>Counts 2, 4 & 6-8: Imprisonment of not more than 30 years, a fine not to exceed $1,000,000, or both. 18 U.S.C. § 1014.<br><br>Counts 3 & 9: Imprisonment of not more than 30 years, a fine not to exceed $1,000,000, or both. 18 U.S.C. § 1344.<br><br>Count 10: Imprisonment of not more than 20 years, a fine not to exceed $500,000 or twice the value of the property involved in the transaction (whichever is greater), or both. 18 U.S.C. § 1956(a)(1). |

| | |
|---|---|
| | Counts 11-13: Imprisonment of not more than 20 years, a fine not to exceed $500,000, or both. 21 U.S.C. § 856(b).<br><br>Count 15: Imprisonment of not more than 5 years, a fine not to exceed $250,000, or both. 18 U.S.C. § 1001(a); 18 U.S.C. 3571(b)(3). |
| **Supervised Release:** | Counts 1, 3 & 9: Not more than 5 years. 18 U.S.C. § 3583(b)(1).<br><br>Counts 2, 4 & 6-8: Not more than 5 years. 18 U.S.C. § 3583(b)(1).<br><br>Counts 3 & 9: Not more than 5 years. 18 U.S.C. § 3583(b)(1).<br><br>Count 10: Not more than 3 years. 18 U.S.C. § 3583(b)(2).<br><br>Counts 11-13: Not more than 3 years. 18 U.S.C. § 3583(b)(2).<br><br>Count 15: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1, 3 & 9: Not more than 3 years. 18 U.S.C. § 3583(e)(3).<br><br>Counts 2, 4 & 6-8: Not more than 3 years. 18 U.S.C. § 3583(e)(3).<br><br>Counts 3 & 9: Not more than 3 years. 18 U.S.C. § 3583(e)(3).<br><br>Count 10: Not more than 2 years. 18 U.S.C. § 3583(e)(3).<br><br>Counts 11-13: Not more than 2 years. 18 U.S.C. § 3583(e)(3).<br><br>Count 15: Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts 1, 3 & 9: Five years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |

| | |
|---|---|
| | Counts 2, 4, 6-8: Five years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Counts 3 & 9: Five years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count 10: Three years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Counts 11-13: Three years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count 15: Three years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Michael Sheinberg, Esq. and Robert Vanderpool, Esq. (retained) |
| **Primary Investigative Agency and Case Agent Name:** | HSI Special Agent Pierre Mathieu |
| **Detention Status:** | Sealed arrest warrant to issue |
| **Foreign National:** | U.S. Citizen |
| **Foreign Consular Notification Provided:** | N/A |
| **Counties:** | Kennebec |
| **AUSA:** | AUSAs Andrew Lizotte and Alisa Ross |
| **Guidelines apply?** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | Yes |
| **Assessment(s):** | $100.00 per count - 18 U.S.C. § 3013(a)(2)(A) |
| **Forfeiture? Y/N** | Yes |