SECRET

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

2024 DEC 11 P 3:53

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1: 24-cr- 00140-SDN-01 |
| YUANTONG LIANG a/k/a/ TONY LIANG | |

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Date: December 11, 2024

/s/ Andrew K. Lizotte
Assistant U.S. Attorney