SECRET

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

2024 DEC 11 P 3:51

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:24-cr-00140-SDN-1 |
| YUANTONG LIANG a/k/a TONY LIANG | |

## MOTION FOR DETENTION

The United States hereby moves for pretrial detention of the Defendant, YUANTONG LIANG a/k/a TONY LIANG, pursuant to 18 U.S.C. § 3142, and in support states as follows:

1. **Eligibility of Case.** This case is eligible for a detention order because it involves:

____ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

____ Crime of violence (18 U.S.C. § 3142(f)(1)(A))

____ Maximum sentence life imprisonment or death (18 U.S.C. § 3142(f)(1)(B))

_✖_ 10+ year drug offense (18 U.S.C. § 3142(f)(1)(C))

____ Felony, with two prior convictions in above categories (18 U.S.C. § 3142(f)(1)(D))

____ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender (18 U.S.C. § 3142(f)(1)(E))

_✖_ Serious risk Defendant will flee (18 U.S.C. § 3142(f)(2)(A))

____ Serious risk obstruction of justice (18 U.S.C. § 3142(f)(2)(B))

2. **Reasons for Detention.**

i. ***Temporary Detention.*** The Government does not seek temporary detention under 18 U.S.C. § 3142(d).

ii. ***Other than Temporary Detention.*** The court should detain the Defendant because there are no other conditions of release which will reasonably assure (check one or both):

_✖_ Defendant's appearance is required

___ Safety of any other person and the community

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against the Defendant under 18 U.S.C. § 3142(e), as the following here exists:

_✖_ Probable cause to believe the Defendant committed an offense specified in 18 U.S.C. § 3142(e) involving: ***drugs***, firearms, terrorism, a minor victim, or conduct outside of the United States.

___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Date of Detention Hearing.** The United States is prepared for a hearing on its motion at initial appearance. The United States reserves its ability to request a continuance of the detention hearing for a period of time not to exceed three (3) days, *see* 18 U.S.C. § 3142(f)(2), however, does not seek such a continuance at this time.

5. **Length of Detention Hearing.** The United States will require no more than thirty (30) minutes to present its case for detention.

Dated: December 11, 2024
Bangor, Maine

Respectfully submitted,

DARCIE N. MCELWEE
United States Attorney

**BY: /s/ ANDREW K. LIZOTTE**
ANDREW K. LIZOTTE
Assistant U.S. Attorney